UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRANDON ADAMS, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | |
| v. ) | Civil Action No. 24-3566 (UNA) |
| ) | |
| SCOTT S. HARRIS, *et al.*, ) | |
| ) | |
| *Defendants*. ) | |

**MEMORANDUM OPINION**

This matter is before the court on review of Plaintiff's application to proceed *in forma pauperis* ("IFP"), ECF No. 2, and pro se complaint, ECF No. 1. The court will grant the IFP application and dismiss the complaint.

Dismissal is warranted for two reasons. First, Plaintiff's complaint falls far short of the minimum pleading standard set forth in Federal Rule of Civil Procedure 8(a). A complaint must contain "(1) a short and plain statement of the grounds for the court's jurisdiction"; "(2) a short and plain statement of the claim showing that the pleader is entitled to relief"; and "(3) a demand for the relief sought." Fed. R. Civ. P. 8(a). This complaint alleges no facts, and its exhibits suggest only that Plaintiff has an extensive litigation history.[1] *See generally* ECF No. 1.

Second, to the extent that Plaintiff asks this court to compel the Supreme Court of the United States, its Justices, or its Clerk to act, this court has no such authority. *See Jones v. U.S.*

---

[1] Plaintiff's litigation history is so extensive that he is barred from filing lawsuits pro se in the United States District Court for the District of Nevada without leave of court. *See Adams v. Boulware*, No. 22-CV-1234, 2024 WL 1907718, at *5 (D. Nev. Apr. 30, 2024) (declaring Plaintiff "a vexatious litigant and [enjoining him] from filing any complaint, petition, or other document in the United States District Court for the District of Nevada that relates to initiating new litigation as a pro se litigant without first obtaining pre-filing permission from the Chief Judge of this District").

*Supreme Ct.*, No. 10-CV-0910, 2010 WL 2363678, at *1 (D.D.C. June 9, 2010) ("This court is not a reviewing court and cannot compel Supreme Court justices or other Article III judges in this or other districts or circuits to act."), *aff'd sub nom. Jones v. Supreme Ct. of U.S.*, 405 F. App'x 508 (D.C. Cir. 2010) (per curiam), *aff'd*, 563 U.S. 914 (2011)); *Smith v. Supreme Ct. of U.S.*, No. 08-5171, 2008 WL 5532101, at *1 (D.C. Cir. Oct. 10, 2008) (per curiam) ("The district court properly dismissed the complaint because lower courts lack jurisdiction to review decisions of the United States Supreme Court or to compel Supreme Court clerks to take any action."); *In re Marin*, 956 F.2d 339, 340 (D.C. Cir. 1992) (per curiam) (affirming the district court's *sua sponte* dismissal of the complaint on the ground "that it lacked subject matter jurisdiction to review any decision of the Supreme Court or its Clerk").

For the foregoing reasons, the court will dismiss the complaint, ECF No. 1. A contemporaneous order will issue.

_____
LOREN L. ALIKHAN
United States District Judge

Date: January 2, 2025